# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00737-CV

**FPL Energy Upton Wind I, LP; FPL Energy Upton Wind II, LP;
FPL Energy Upton Wind III, LP; FPL Energy Upton Wind IV, LP, Appellants**

**v.**

**Upton Wind, LP, and Cielo Land and Cattle, LP, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-04-001657, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion asking this Court to vacate the trial court's judgment, dismiss the underlying case, and release the supersedeas bond, explaining that they have settled their dispute. We grant the parties' motion. Tex. R. App. P. 42.1(a)(2). We therefore vacate the judgment, dismiss the underlying case with prejudice, and order that the supersedeas bond is released.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Vacated and Dismissed on Joint Motion

Filed:   April 19, 2007